THOMASENA O'NEAL,
individually and as next of kin of
BENETA S. DAVIS,

    Appellant,

v.

HOLMES-GLOVER-
SOLOMON, INC.,

    Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3621

Opinion filed August 3, 2016.

An appeal from the Circuit Court for Duval County.
Karen K. Cole, Judge.

Thomas E. Duffy, Jr. of Terrell Hogan PA, Jacksonville, for Appellant.

Brooks C. Rathet, Bromagen & Rathet, P.A., Jacksonville, for Appellee.

PER CURIAM.

    AFFIRMED.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.